■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS FRANCE, Appellant. [628 NYS2d 574] —Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered August 26, 1992, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly denied the defendant's request to charge petit larceny as a lesser-included offense of the robbery charge, since no reasonable view of the evidence supports the conclusion that the defendant committed the lesser offense but not the greater offense *(see,* CPL 300.50; *People v White,* 121 AD2d 762). Rosenblatt, J. P., Ritter, Joy and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAREEM GILES, Appellant. [628 NYS2d 574] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered July 29, 1994, convicting him of criminal sale of a controlled substance in the sixth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.